415 A.2d 689

Robert P. DULL, Sr. and Miriam Dull, his wife,

v.

PENNSYLVANIA POWER & LIGHT CO., Philadelphia Electric
Co., Jersey Central Power & Light Co., Atlantic City Electric
Co., Baltimore Gas & Electric Co., Delmarva Power & Light
Co., and Public Service Power & Light Co., Appellants,

and

Commonwealth of Pennsylvania, Fish Commission.

Supreme Court of Pennsylvania.

Argued Sept. 17, 1979.

Decided Sept. 20, 1979.

John W. Jordan, IV, Thomson, Rhodes, Grigsby, David R.
Johnson, Pittsburgh, for appellants.

Robert B. Smith, Pittsburgh, for Robert P. Dull, Sr., et ux.

John J. Kennedy, Jr., Deputy Atty. Gen., Pittsburgh, for
Commonwealth of Pennsylvania.

Before EAGEN C. J., and O'BRIEN, ROBERTS, NIX,
MANDERINO, LARSEN and FLAHERTY, JJ.

OPINION OF THE COURT

PER CURIAM:

The order of the Commonwealth Court is vacated and the
record is remanded to the Court of Common Pleas of Arm-
strong County for further proceedings in light of *Mayle v.
Pennsylvania Department of Highways*, 479 Pa. 384, 388
A.2d 709 (1978), and 42 Pa. C.S.A. § 5110 (1979).